UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL ACTION NO. 19-CR-190-DCR

UNITED STATES OF AMERICA                                                                 PLAINTIFF

V.

MAXWELL HAYSLIP                                                                          DEFENDANT

---

**DEFENDANT'S MOTION FOR DOWNWARD VARIANCE**

---

Defendant Maxwell Hayslip, by counsel, motions this Court pursuant to 18 U.S.C. §3553 for a downward variance from the otherwise applicable sentencing guidelines. The reasons for this motion are set out in the memorandum submitted herewith.

Respectfully submitted,

s/Mary Ann Leichty
205 Peach Orchard Circle
Fisherville, Kentucky 40023
leichtylaw@gmail.com
859/536-8405 (phone)
Attorney for Defendant

**CERTIFICATE OF SERVICE**

This is to certify that a true copy of the foregoing **DEFENDANT'S MOTION FOR DOWNWARD VARIANCE** has been served on February 18, 2020, by filing same via the CM/ECF system, which will send electronic notice to all counsel of record.

s/Mary Ann Leichty