# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION
## LEXINGTON

**CRIMINAL ACTION NO. 19-CR-190-DCR**

**UNITED STATES OF AMERICA**                                                                            **PLAINTIFF**

**V.**

**MAXWELL HAYSLIP**                                                                              **DEFENDANT**

_____

## ORDER
_____

Defendant, Maxwell Hayslip, having moved for having moved for variance from the otherwise applicable guideline sentence, and the Court being adequately and sufficiently advised,

**IT IS HEREBY ORDERED** that defendant the defendant's motion is GRANTED.

This the _____ day of _____, 2020.

                                                                                                  _____
                                                                                                     United States District Judge

Electronically tendered by:

s/Mary Ann Leichty